UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
"USA V ROBERT LEE MOORE ET AL"
DEF 1.1 MOORE, ROBERT LEE

Including terminated defendants, excluding terminated counsel

```
       Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
                Filed:  10/20/04
               Closed:  08/02/05
    No. of Defendants:  4
       MJ Case Number:  J04-0019--MJ
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
     Needs interpreter: NO
     Counsel of record: Robert Leen
                        600 University St., Suite 3310
                        Seattle, WA 98101
                        206-748-7817
                        FAX 206-748-7821
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 MOORE, ROBERT LEE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (147-1) |
| 1 -   1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (147-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"
                              DEF 2.1 GALEANA, ANGELA B.

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  10/20/04
             Closed:  08/02/05
  No. of Defendants:  4
     MJ Case Number:  J04-0019--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  D. Scott Dattan
                     Law Offices of D. Scott Dattan
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99503
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 2.1 GALEANA, ANGELA B.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (148-1) |
| 1 -  1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (148-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                 "USA V ROBERT LEE MOORE ET AL"
                   DEF 3.1 GUERRERO, FRANCIS S.
```

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed:  10/20/04
            Closed:  08/02/05
 No. of Defendants:  4
     MJ Case Number:  J04-0019--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 3.1 GUERRERO, FRANCIS S.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG CONSPIRACY (F) | Sentenced (150-1) |
| 1 -  1 IND | 2 | 21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (150-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE J04-0004--CR (JWS)
                              "USA V ROBERT LEE MOORE ET AL"
                                DEF 4.1 LOPEZ-COTA, ADRIAN

                Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 10/20/04
            Closed: 08/02/05
No. of Defendants: 4
   MJ Case Number:
               AKA: ANGEL BAUTISTA-ALVARADO
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: YES
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 4.1 LOPEZ-COTA, ADRIAN

Document           Count     Citation and Description                            Disposition
_____           _____     _____                            _____

    1 -    1 IND     1       21:846 & 841(a)(1), (b)(1)(A) & (C) DRUG            Sentenced
                             CONSPIRACY (F)                                      (137-1)

    1 -    1 IND     2       21:841(a)(1), (b)(1)(C) & (C) & 18:2 POSSESSION OF  Dismissed
                             A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE    (137-1)
                             (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                                 "USA V ROBERT LEE MOORE ET AL"

                                        For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed:  10/20/04
            Closed:  08/02/05
No. of Defendants:  4


Document #    Filed     Docket text

    10 -  2  10/19/04   DEF 1 motion (petition) for Robert Leen to appear & participate w/o
                        local cnsl.

    10 -  3  10/19/04   DEF 1 motion for consideration on shortened time re 10-2 & discharge
                        FPD's office.

     1 -  1  10/20/04   [Re: DEF 1-4] PLF 1 Indictment.

  NOTE -  1  10/21/04   [Re: DEF 4] Issued WOA.

     2 -  1  10/21/04   [Re: DEF 1-2] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                        for arr and notify USM; in custody.

     3 -  1  10/21/04   [Re: DEF 3] JDR Grand Jury Minutes; WOA to issue; writ of h/c ad pros to
                        follow; no bail set (det per 18:3142); in state custody.

     4 -  1  10/21/04   [Re: DEF 4] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                        for arr upon notification from USM that def is in district and notify
                        cnsl; in fed custody @ Seatac.

     5 -  1  10/21/04   [Re: DEF 4] PLF 1 motion to issue warrant of arrest (on shortened time).

     6 -  1  10/21/04   [Re: DEF 4] PMP Order granting motion to issue warrant of arrest (on
                        shortened time) (5-1) .  cc: USA, USM

     7 -  1  10/21/04   [Re: DEF 3] PLF 1 motion (pet) for writ of h/c ad pros.

  NOTE -  2  10/22/04   Issued: Writ of H/C ad pros re: Def 3.

  NOTE -  3  10/22/04   Notation: Proposed Trial Date Setting for Arr re: DEF 1-3 to USDJ.

     8 -  1  10/22/04   [Re: DEF 3] PMP Order granting motion (pet) for writ of h/c ad pros
                        (7-1).  cc: USA, USM

     9 -  1  10/22/04   [Re: DEF 1-3] PMP Minute Order that in light of filing of Indt in this
                        case the 1:30 p.m., 10/29/04 further proceedings previously set in
                        J04-19 MJ are VACATED and RESET for the same date and time as arrs on
                        Indt in this case; all defense cnsl, cnsl for govt and USPO may
                        participate telephonically.  cc: USA, R. Leen, D. Dattan, Wm. Carey,
                        USM, PO, Judge Sedwick

    10 -  1  10/22/04   [Re: DEF 1-3] Documents #1 through #24 transferred from: J04-0019 MJ
                        (PMP).

    11 -  1  10/22/04   [Re: DEF 2] Motion (ex parte) for authorization for travel expenses.

    12 -  1  10/22/04   [Re: DEF 2] PMP Minute Order granting motion for authorization for
                        travel expenses (11-1).  cc: S. Dattan, FPD (CJA Clerk)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"

                                    For all filing dates


 Document #    Filed     Docket text

    13 -   1  10/22/04   {SEALED}

    13 -   2  10/26/04   {SEALED}

    14 -   1  10/26/04   DEF 1 motion on shortened time for counsel to appear telephonically.

    15 -   1  10/26/04   [Re: DEF 1] PMP Minute Order granting motion on shortened time for
                         counsel to appear telephonically at 10/29/04 at 1:30 p.m. (14-1). cc:
                         USA, R. Leen

    16 -   1  10/27/04   DEF 1 motion to strike surplusage.

    17 -   1  10/27/04   DEF 1 motion to dismiss/strike.

    18 -   1  10/28/04   [Re: DEF 1] PMP Order granting motion (petition) for Robert Leen to
                         appear & participate w/o local cnsl (10-2), motion for consideration on
                         shortened time re 10-2 & discharge FPD's office (10-3) cc: USA, cnsl,
                         USM, PTS, Judge Sedwick

    19 -   1  10/29/04   [Re: DEF 1-3] PMP Court Minutes [ECR: Keitha Kolvig] re: arr on indt
                         (held 10/29/04): Defs 1,2 and 3 pled NOT GUILTY; PTMs due 11/12/04 w/Def
                         1 motions to be deemed filed as of 11/12/04; trial set for 12/20/04;
                         Defs detained. cc: USAtty, R.Leen, W.Carey, D.Dattan, USM, PTS, Judge
                         Sedwick

    20 -   1  10/29/04   [Re: DEF 1] PMP Order of Detention Pending Trial set for 12/20/04.
                         USAtty, R.Leen, USM, PTS

    21 -   1  10/29/04   [Re: DEF 2] PMP Order of Detention Pending Trial set for 12/20/04. cc:
                         USAtty, D.Dattan, USM, PTS

    22 -   1  10/29/04   [Re: DEF 3] PMP Order of Detention Pending Trial set for 12/20/04. cc:
                         USAtty, W. Carey, USM, PTS

    23 -   1  10/29/04   [Re: DEF 1] PMP Order regarding preparation for trial w/PTMs due
                         11/12/04. cc: USAtty, R.Leen

    24 -   1  10/29/04   [Re: DEF 2] PMP Order regarding preparation for trial w/PTMs due
                         11/12/04. cc: USAtty, D. Dattan

    25 -   1  10/29/04   [Re: DEF 3] PMP Order regarding preparation for trial w/PTMs due
                         11/12/04. cc: USAtty, W. Carey

    26 -   1  10/29/04   {SEALED}

    27 -   1  11/02/04   {SEALED}

    28 -   1  11/02/04   {SEALED}

    29 -   1  11/05/04   [Re: DEF 1-3] JWS Minute Order setting TBJ on 12/20/04 @ 9:00 a.m. @
                         Juneau, AK & FPTC on 12/20/04 @ 8:30 @ Juneau, AK. cc: USA, R. Leen, S.
                         Dattan, W. Carey, USM, USPO, MJ Pallenberg, Divisional Deputy, JC

    30 -   1  11/10/04   {SEALED}

    31 -   1  11/10/04   DEF 2 motion for detention hearing.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 11/10/04 | DEF 3 Unopposed motion to ext mot's ddln by one day. |
| 33 - 1 | 11/12/04 | [Re: DEF 2] PMP Minute Order granting motion for detention hearing (31-1); Bail Review Hrg set for 11/19/04 at 10:30 a.m. cc: USA, D. Dattan, USM, USPO |
| 34 - 1 | 11/12/04 | [Re: DEF 3] PMP Minute Order granting unopposed motion to ext mot's ddln to 11/17/04 (32-1). cc: USA, W. Carey |
| 35 - 1 | 11/12/04 | DEF 2 motion to continue trial. |
| 36 - 1 | 11/12/04 | DEF 2 motion to extend pretrial motions deadline. |
| 37 - 1 | 11/15/04 | DEF 4 Attorney Appearance of Glenn K. Carpenter. |
| 38 - 1 | 11/15/04 | DEF 1 motion to sever. |
| NOTE - 4 | 11/16/04 | [Re: DEF 4] USM Notice of Avaialability; defendant in Anchorage Jail 11/16/04. |
| NOTE - 5 | 11/17/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 39 - 1 | 11/17/04 | DEF 3 joinder to DEF 2 motion to continue trial (35-1), DEF 2 motion to extend pretrial motions deadline (36-1) w/att aff of cnsl. |
| 40 - 1 | 11/18/04 | [Re: DEF 4] JDR Court Minutes [ECR: Linda Christensen] re: Arraignment on Indictment (held 11/17/04); NG pleas to Cts 1 & 2 entered by crt on behalf of def; def detained; ord of det pending trial FILED; ord re prep for trial FILED; PTMs due 12/6/04. cc: USA, G. Carpenter, USM, USPO, Judge Sedwick, MJ Pallenberg |
| 41 - 1 | 11/18/04 | [Re: DEF 4] JDR Order of Detention Pending Trial. cc: USA, G. Carpenter, USM, USPO |
| 42 - 1 | 11/18/04 | [Re: DEF 4] JDR Order regarding preparation for trial; cnsl to meet on/before 11/24/04; PTMs due 12/6/04. cc: USA, G. Carpenter |
| 43 - 1 | 11/19/04 | [Re: DEF 2] JWS Order granting motion to continue trial (35-1); FPTC set 1/25/05 @ 8:30 a.m. & TBJ set 1/25/05 @ 9:00 a.m.. cc: USA, S. Dattan, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC |
| 44 - 1 | 11/19/04 | [Re: DEF 1; 3] JWS Minute Order resetting 12/20/04 FPTC & TBJ to 1/25/05 @ 8:30 a.m. & 9:00 a.m., respectively, @ Juneau, AK. cc: USA, R. Leen, W. Carey, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy |
| 45 - 1 | 11/19/04 | [Re: DEF 2] PMP Order of Detention Pending Trial. cc: USA, S. Dattan, USM, PTS, Judge Sedwick |
| 46 - 1 | 11/19/04 | [Re: DEF 1-4] PMP Order granting motion to extend pretrial motions deadline to COB 12/10/04. (36-1) cc: USA, R. Leen, G. Carpenter, S. Dattan, USM, PTS, Judge Sedwick (Redistributed 12/2/04 w/W. Carey) |
| 47 - 1 | 11/19/04 | [Re: DEF 4] PLF 1 Documents transferred from: USDC-Western Washington (04-mj-595). |
| 48 - 1 | 11/22/04 | [Re: DEF 2] PMP Court Minutes [ECR: Legia Pate] re: Bail review hrg (held 11/19/04); third-party proposal denied; def detained; trial set |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                             "USA V ROBERT LEE MOORE ET AL"

                                   For all filing dates

Document #   Filed     Docket text

                       for 1/25/05; PTMs due 12/10/04 for all defs. cc: USA, S. Dattan, PTS,
                       USM, Judge Sedwick (Redistributed 12/2/04 w/W. Carey, R. Leen, G.
                       Carpenter added)

  49 -   1  11/23/04   DEF 4 Return of WOA executed on 11/16/04.

  50 -   1  11/24/04   [Re: DEF 4] JWS Minute Order setting TBJ on 1/25/05 @ 9:00 a.m. @
                       Juneau, AK; FPTC set 1/25/05 @ 8:30 a.m. @ Juneau, AK. cc: USA, G.
                       Carpenter, Jr., USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy

  51 -   1  11/24/04   [Re: DEF 3] Return of WOA executed on 9/23/04.

  52 -   1  11/30/04   [Re: DEF 2-3] JWS Order of excludable delay re: dkt 50 from 1/8/05 to
                       1/26/05 (19 days under code R).

  53 -   1  12/03/04   [Re: DEF 4] JWS Order appointing Y. Salazar-Hobrough as Spanish/English
                       trial interpreter. cc: USA, G. Carpenter, Jr., Finance, Y.
                       Salazar-Hobrough

  54 -   1  12/03/04   [Re: DEF 1] PLF 1 Joint Status Report re: oppo/lack of opp to DEF 2/s
                       pretrial mots(dkt # 16,17, &38).

  55 -   1  12/08/04   DEF 4 motion to continue trial date to 4/05/05.

  55 -   2  12/08/04   DEF 4 motion to continue pretrial deadlines until 2/28/05.

  56 -   1  12/09/04   [Re: DEF 4] PMP Minute Order re govt to file dscvy conf cert & show
                       cause why orig ddln was not complied with due 12/15/04. cc: USA, G.
                       Carpenter

  57 -   1  12/09/04   [Re: DEF 1-4] PLF 1 Attorney Substitution of F. Russo (AUSA) for J.
                       Barkeley (AUSA).

  58 -   1  12/14/04   [Re: DEF 4] Certification of disc conf w/att exh.

  59 -   1  12/22/04   [Re: DEF 1-4] JWS Order granting/denying motion to continue trial date
                       to 4/05/05 (55-1); FPTC cont to 3/24/05 @ 8:30 a.m. & TBJ cont to
                       3/24/05 @ 9:00 a.m.; crt found excludable delay under
                       18:3161(h)(8)(B)(i). cc: USA, R. Leen, S. Dattan, W. Carey, G.
                       Carpenter, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy

  60 -   1  12/22/04   [Re: DEF 4] PMP Minute Order granted in part & denied in part motion to
                       continue pretrial deadlines until 2/28/05 (55-2); PTM's ddln extended to
                       1/25/04. cc: USA, G. Carpenter

  61 -   1  12/27/04   DEF 2 motion to continue trial w/att aff.

  62 -   1  12/28/04   [Re: DEF 2] JWS Minute Order denying motion to continue trial (61-1).
                       cc: USA, R. Leen, D. Dattan, W. Carey, G. Carpenter, MJ Pallenberg

  63 -   1  12/28/04   {SEALED}

  64 -   1  01/05/05   [Re: DEF 1] PMP Minute Order granting in part & denying in part motion
                       (joint) to cont deadline for govt's oppos to def's PTM's (#16,17 & 38)
                       (63-1); Govt's oppos due 2/25/05. cc: USA, R. Leen

  65 -   1  01/14/05   [Re: DEF 1-3] Transcript re: Arraignments on Indictment held 10/29/04.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                          "USA V ROBERT LEE MOORE ET AL"

                                    For all filing dates


 Document #    Filed       Docket text

   66 -  1    01/25/05    DEF 4 motion to sever trial; or

   66 -  2    01/25/05    DEF 4 motion to exclude statements of co-defendants;

   66 -  3    01/25/05    DEF 4 Request for Oral Argument re: DEF 4 motion to sever trial; or
                          (66-1), DEF 4 motion to exclude statements of co-defendants; (66-2)

   67 -  1    01/25/05    DEF 4 motion to suppress evidence w/att decls;

   67 -  2    01/25/05    DEF 4 Request for evidentiary hearing re: DEF 4 motion to suppress
                          evidence w/att decls; (67-1)

   68 -  1    01/31/05    [Re: DEF 4] PLF 1 opposition to DEF 4 motion to suppress evidence
                          (67-1).

   69 -  1    01/31/05    DEF 4 opposition to DEF 4 motion to sever trial (66-1), DEF 4 motion to
                          exclude statements of co-defendants (66-2).

   70 -  1    02/01/05    {SEALED}

   71 -  1    02/02/05    {SEALED}

   72 -  1    02/02/05    [Re: DEF 4] PMP Minute Order granting request for O/A & evident hrg on
                          motion to suppress & request for O/A on motion to sever; evident hrg &
                          O/A set for 2/11/05 at 10:30 a.m. cc: USA, G. Carpenter Jr., USM, USPO

   73 -  1    02/04/05    PLF 1; DEF 4 Unopposed motion to continue evidentiary hearings (on
                          shortened time) w/att declaration.

   74 -  1    02/04/05    [Re: DEF 1] CJA appointment of R. Leen.

   75 -  1    02/07/05    [Re: DEF 4] PMP Minute Order granting unopposed motion to continue
                          evidentiary hearings (on shortened time) (73-1); the 2/11/05 evident hrg
                          is VACATED & RESET to 2/17/05 11:00 a.m. cc: USA, G. Carpenter, USM,
                          USPO

   76 -  1    02/09/05    {SEALED}

   76 -  2    02/10/05    {SEALED}

   77 -  1    02/14/05    [Re: DEF 4] PLF 1 motion (joint) on shortened time to cont evident hrg
                          to allow for rule 11 disposition w/att dec.

   78 -  1    02/15/05    [Re: DEF 4] PMP Minute Order granting motion (joint) on shortened time
                          to cont evident hrg (77-1); evident hrg set for 2/17/05 is RESET for
                          2/24/05 at 10:30 a.m. cc: USA, G. Carpenter Jr., USM, USPO

   79 -  1    02/17/05    {SEALED}

   79A-  1    02/17/05    [Re: DEF 2] PMP Order granting motion on shortened time for travel
                          approval (79-1) cc: S.Dattan, FPD (CJA Clerk)

   80 -  1    02/22/05    [Re: DEF 4] PLF 1 motion on shortened time to cont evident hrg to allow
                          for transport of def w/att decl.

   81 -  1    02/22/05    [Re: DEF 4] PMP Minute Order granting motion on shortened time to cont
                          evident hrg to allow for transport of def (80-1); evident/OA hrg set for

ACRS: R_RDSDX                   As of 12/27/05 at 09:10 AM by GARRY                      Page 5
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 2/24/05 at 10:30 a.m. is VACATED & RESET for a sched conf for same date & time. cc: USA, G. Carpenter, USM, USPO |
| 82 - 1 | 02/23/05 | DEF 1 Notice of Intent to change plea on shortened time. |
| 82 - 2 | 02/23/05 | DEF 1 motion to strike defense motions. |
| 83 - 1 | 02/23/05 | {SEALED} |
| 84 - 1 | 02/23/05 | [Re: DEF 1] JWS Minute Order setting PCOP on 2/25/05 @ 11:00 a.m. @ Anchorage; granting mot to strike defense mots (82-2); terminating in light of this order: mot to strike surplusage (16-1), mot to dismiss/strike (17-1), mot to sever (38-1); 3/24/05 FPTC & TBJ as to DEF 1 are vacated. cc: USA, R. Leen, USM, USPO, MJ Pallenberg, Divisional Deputy, ECR, JC |
| 85 - 1 | 02/23/05 | {SEALED} |
| 86 - 1 | 02/23/05 | {SEALED} |
| 87 - 1 | 02/23/05 | DEF 4 motion for order allowing withdrawal and substitution of counsel w/att exh. |
| 88 - 1 | 02/24/05 | [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] re: Scheduling Conf (held 2/24/05): E. Bauer to file motion for leave to participate without local counsel today; evidentiary hrg set for 3/7/05, 10:30 a.m. in Juneau; def to be transported to Juneau for evidentiary hrg. cc: F. Russo, USM, USPO, E. Bauer, Judge Sedwick |
| 89 - 1 | 02/24/05 | DEF 4 Application re: non-resident attorney Erik L. Bauer of Bauer & Balerud to participate without local counsel w/att decl. |
| 90 - 1 | 02/24/05 | DEF 4 Application re: non-resident attorney Thomas A. Balerud of Bauer & Balerud to participate without local counsel w/att decl. |
| 91 - 1 | 02/24/05 | [Re: DEF 4] PMP Order granting motion for order allowing withdrawal and substitution of counsel. (87-1) cc: F. Russo, G. Carpenter, E. Bauer, |
| 92 - 1 | 02/24/05 | DEF 2 Notice of Intent to change plea. |
| 93 - 1 | 02/24/05 | [Re: DEF 4] PMP Minute Order granting subject to compliance w/local rule 83.1 def's application for attys Erik L. Bauer & Thomas A. Balerud to appear & participate w/o local cnsl (89-1 & 90-1). cc: USA, E. Bauer, T. Balerud |
| 94 - 1 | 02/25/05 | [Re: DEF 1] JWS Minute Order resetting 2/25/05 PCOP from 11:00 a.m. to 1:30 p.m. @ Anchorage. cc: USA, R. Leen, USM, USPO |
| 95 - 1 | 02/25/05 | {SEALED} |
| 96 - 1 | 02/25/05 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 3/1/05 @ 10:00 a.m.; 3/24/05 FPTC & TBJ as to DEF 2 vacated. cc: USA, S. Dattan, USM, USPO, MJ Pallenberg, JC, Divisional Deputy |
| 97 - 1 | 02/28/05 | {SEALED} |
| 98 - 1 | 02/28/05 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                              "USA V ROBERT LEE MOORE ET AL"

                                  For all filing dates


 Document #    Filed       Docket text

   99 -   1   03/01/05    {SEALED}

 NOTE -   6   03/04/05    Notation: received payment for nonres atty Balerud & Bauer (DEF 4).

  100 -   1   03/04/05    [Re: DEF 4] PLF 1 Notice of withdrawal of mots.

  100 -   2   03/04/05    [Re: DEF 4] PLF 1 Notice of Intent to change plea w/att exhs.

  100 -   3   03/04/05    [Re: DEF 4] Clerk's Notice withdrawing mot to sever trial; or (66-1),
                          mot to exclude statements of co-defs (66-2), mot to suppress evidence
                          (67-1).

  101 -   1   03/07/05    [Re: DEF 4] JWS Minute Order setting PCOP @ Anchorage on 3/18/05 @ 10:00
                          a.m.. cc: USA, E. Bauer, USM, USPO, MJ Pallenberg

  102 -   1   03/18/05    [Re: DEF 4] PLF 1 Plea Agreement.

  103 -   1   03/18/05    [Re: DEF 4] JWS Court Minutes [ECR: Linda Christensen] re PCOP hrg (held
                          3/18/05); plead guilty to Ct 1; Ct 2 to be dsmsd at IOS; IOS set for
                          6/1/05 at 8:30 am; TBJ as to this def VACATED.  CC: USA, T. Balerud,
                          USM, USPO, JC, MJ Pallenberg

  104 -   1   03/21/05    DEF 3 Notice of Intent to change plea.

  105 -   1   03/21/05    [Re: DEF 3] JWS Minute Order setting PCOP hrg on 3/25/05 @ 11:00 a.m. @
                          Anchorage; 3/24/05 FPTC & TBJ at Juneau are vacated. cc: USA, W. Carey,
                          USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC

  106 -   1   03/24/05    {SEALED}

  107 -   1   03/25/05    {SEALED}

  108 -   1   04/01/05    {SEALED}

  108 -   2   04/01/05    {SEALED}

  109 -   1   04/01/05    [Re: DEF 1] JKS Order granting motion on shortened time re mot for
                          travel authorization (108-1).  cc: R. Leen, FPD (CJA Clerk)

  110 -   1   04/20/05    {SEALED}

  111 -   1   04/20/05    {SEALED}

  110 -   2   04/21/05    {SEALED}

  111 -   2   04/21/05    {SEALED}

  112 -   1   04/21/05    {SEALED}

  113 -   1   04/21/05    DEF 4 Unopposed motion to continue 6/1/05 sentencing.

  114 -   1   04/26/05    [Re: DEF 4] JWS Order granting unoppo mot to continue 6/1/05 sentencing
                          (113-1); IOS reset to 7/15/05 @ 8:30 a.m. @ Anchorage. cc: USA, T.
                          Balerud, USM, USPO

  115 -   1   05/09/05    {SEALED}
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"

                               For all filing dates


 Document #    Filed      Docket text

  115 -   2   05/10/05   {SEALED}

  116 -   1   05/18/05   {SEALED}

  117 -   1   05/19/05   DEF 1 Notice re: Defendant's letter to the court.

  118 -   1   05/20/05   [Re: DEF 1-3] JWS Order granting unopposed motion to continue imposition
                         of sentences (116-1).  D1's IOS is continued until 7/25/05 at 10:00
                         a.m., D3's IOS is set for 7/25/05 at 10:30 a.m., and D2's IOS is set for
                         7/25/05 at  9:30 a.m.  All sentencings will be in Anchorage.  cc: AUSA,
                         R. Leen, D. Dattan, W. Carey, USM, USPO

  119 -   1   05/25/05   DEF 3 motion to continue sentencing w/att aff.

  120 -   1   05/26/05   [Re: DEF 3] JWS Order granting motion to continue sentencing (119-1);
                         7/25/05 IOS reset to 8/2/05 @ 8:30 a.m. @ Anchorage, AK. cc: USA, W.
                         Carey, USM, USPO

  121 -   1   06/06/05   DEF 1 Notice of filing def's attached letter to the crt.

  122 -   1   07/05/05   DEF 1 Notice of letter from def's ex-wife & newspaper article w/att
                         letter & article.

  123 -   1   07/05/05   DEF 4 Sentencing Memorandum w/att exhs.

  124 -   1   07/08/05   [Re: DEF 4] PLF 1 Sentencing Memorandum.

  125 -   1   07/08/05   [Re: DEF 4] PLF 1 motion on shortened time for evidentiary hearing @
                         imposition of sentence & intent to use DEPS.

  126 -   1   07/08/05   [Re: DEF 4] JWS Minute Order granting mot on shortened time for evid hrg
                         @ imposition of sentence (125-1). cc: USA, E. Bauer

  127 -   1   07/11/05   DEF 4 opposition to [Re: DEF 4] PLF 1 motion on shortened time for
                         evidentiary hearing (125-1).

  128 -   1   07/12/05   [Re: DEF 4] JWS Minute Order overruling obj @ dkt 127 to evid hrg. cc:
                         USA, E. Bauer

  129 -   1   07/18/05   [Re: DEF 4] JWS Court Minutes [ECR: Elisa Singleton] re Evid Hrg & IOS
                         (held  7/15/05); sentence imposed as stated in the judgment; w/attached
                         witness & exhibit list.  cc: USA, T. Balerud, USM, USPO

  130 -   1   07/18/05   [Re: DEF 4] JWS Amended Court Minutes [ECR: Elisa Singleton] re IOS
                         (held 7/15/05); sentence imposed as stated in judgment; defense
                         counsel's oral motion to withdraw granted.  cc: USA, T. Balerud, USM,
                         USPO

  131 -   1   07/18/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  132 -   1   07/18/05   [Re: DEF 2] PLF 1 Sentencing Memorandum.

  133 -   1   07/18/05   DEF 2 Sentencing Memorandum.

  134 -   1   07/18/05   {SEALED}
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"

                                   For all filing dates


 Document #    Filed      Docket text

    135 -  1   07/18/05   {SEALED}

    136 -  1   07/20/05   DEF 1 Sentencing Memorandum.

    137 -  1   07/22/05   [Re: DEF 4] JWS Judgment dismissed count 2 of the Indictment (1-1);
                          pleaded guilty to count(s) 1 of the Indictment (1-1).  Imprisonment for
                          a term of 108 months.  Def remanded to the custody of the USM.  SR 4
                          years w/standard and special conditions.

    138 -  1   07/22/05   [Re: DEF 2] JWS Minute Order IOS is reset to 3:00 p.m. 7/25/05.  cc:
                          AUSA, S. Dattan, USM, UPSO

    139 -  1   07/25/05   {SEALED}

    140 -  1   07/25/05   DEF 3 Notice of lodging letters w/att letters.

    141 -  1   07/25/05   DEF 4 motion to withdraw as attorney of record w/att aff & exh.

   141A-  1   07/25/05   DEF 4 appeal to 9CCA of (137-1) filed 07/22/05. cc: cnsl, Judge, 9CCA

    142 -  1   07/26/05   {SEALED}

    143 -  1   07/26/05   {SEALED}

    144 -  1   07/26/05   [Re: DEF 3] PLF 1 Sentencing Memorandum.

    145 -  1   07/26/05   {SEALED}

    146 -  1   07/27/05   [Re: DEF 4] JWS Order granting mot to w/d as atty of record (141-1). cc:
                          USA, T. Balerud

    147 -  1   07/27/05   {SEALED}

    148 -  1   07/27/05   {SEALED}

   148A-  1   08/01/05   [Re: DEF 4] PLF 1 appeal to 9CCA of (137-1) filed 07/22/05. cc: cnsl,
                          Judge, 9CCA (9CCA 05-30421)

    149 -  1   08/02/05   {SEALED}

    150 -  1   08/02/05   {SEALED}

   NOTE -  7   08/10/05   Transmittal: Forwarded notice of appeal (141A-1), (148A-1) to 9CCA.

    151 -  1   08/19/05   {SEALED}

    152 -  1   08/19/05   {SEALED}

    153 -  1   08/22/05   DEF 4 motion to withdraw as attorney of record w/att aff & exh.

    154 -  1   08/24/05   [Re: DEF 4] Partial Transcript re IOS (held 7/15/05).

    155 -  1   08/25/05   [Re: DEF 4] JWS Order granting mot to w/d as atty of record (153-1). cc:
                          USA, E. Bauer, USM, USPO, Appeals Clk

    156 -  1   08/25/05   [Re: DEF 4] Cy Time Schedule Order. cc: cnsl, ECR, orig to 9CCA


ACRS: R_RDSDX                   As of 12/27/05 at 09:10 AM by GARRY                      Page 9
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J04-0004--CR (JWS)
                            "USA V ROBERT LEE MOORE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 157 - 1 | 09/07/05 | [Re: DEF 4] Partial Transcript re IOS (held 7/15/05). |
| 158 - 1 | 09/08/05 | [Re: DEF 3] Partial Transcript re IOS (held 8/2/05). |
| 159 - 1 | 11/08/05 | {SEALED} |
| 159 - 2 | 11/09/05 | {SEALED} |
| 160 - 1 | 11/17/05 | {SEALED} |
| 160 - 2 | 11/21/05 | {SEALED} |
| 161 - 1 | 12/02/05 | {SEALED} |
| 162 - 1 | 12/05/05 | {SEALED} |
| 163 - 1 | 12/06/05 | USM Return of judg on DEF 3; delivered 9/28/05 to USP Atwater. |
| 161 - 2 | 12/07/05 | {SEALED} |
| 162 - 2 | 12/07/05 | {SEALED} |
| 164 - 1 | 12/09/05 | {SEALED} |
| 165 - 1 | 12/15/05 | {SEALED} |
| 166 - 1 | 12/21/05 | {SEALED} |

Case 1:04-cr-00004-JWS    Document 166    Filed 10/20/2004    Page 14 of 14