HON. JOHN W. SEDWICK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU
[filed in ANCHORAGE]

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. J04-0004 CR (JWS) |
| Plaintiff, ) | |
| ) | MOTION TO UNSEAL |
| v. ) | SENTENCING TRANSCRIPT |
| ) | |
| ROBERT L. MOORE, ) | |
| Defendant. ) | |

Defendant ROBERT L. MOORE moves the Court to enter an order unsealing his sentencing transcript. The defendant needs a copy of his sentencing transcript to present to the substance abuse coordinator at Taft FCI to support his application to participate in the BOP 500 hour Residential Drug Awareness Program. The defendant is indigent and was represented at trial by appointed counsel. The defendant's request is appended.

Respectfully submitted,

Robert M. Leen
Attorney for Defendant

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

Robert Moore (15023006)                                      March 29, 2007
PO Box 7001
Taft, CA 93268


Robert Leen, Attoreny
600 University St., Suite 3310
Seattle, WA 98101


RE: Request for copy of sentencing transcript


Dear Mr. Robert Leen
    Can you request the court to underseal my sentencing transcript for the purpose of having counselor Griffin, substance abuse cordinator here Taft Institution to review. During sentencing I explain that I used drug which cause me to use poor judgement which lead me to my present situtation.
    If this is possible can you send the copy to Counselor Griffin
                                        Substance Abuse Coordinator
                                        Camp Taft
                                        PO Box 7000
                                        Taft, CA 93268
Counselor Griffin needs this information to determine if I qualify for the drug program. Judge Sedwick recommended that I participate in the drug program.
    Thank you.


Sincererly,

*[signature]*

Robert Moore

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system. I also served via facsimile this document upon any non CM/ECF participant. Attested this 6 day of April 2007.

*Robert M. Leen*
Robert M. Leen

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821