HON. JOHN W. SEDWICK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU
[filed in ANCHORAGE]

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  J04-0004 CR (JWS) |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ROBERT L. MOORE, ) | |
| ) | |
| Defendant. ) | |

Defendant ROBERT L. MOORE's motion to unseal his sentencing transcript is GRANTED. The Clerk shall provide the defendant's attorney a copy of the defendant's sentencing hearing transcript at public expense.

Dated this _____ day of _____, 2007.

_____
HON. JOHN W. SEDWICK

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821