UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 1:04-cr-00004-JWS |
| vs. | ) ) ) | O R D E R |
| ROBERT L. MOORE, | ) ) | |
| Defendant. | ) ) | |

Defendant ROBERT L. MOORE's motion to unseal his sentencing transcript is **GRANTED**. The Clerk shall provide the defendant's attorney a copy of the defendant's sentencing hearing transcript at public expense.

DATED this 23rd day of May 2007.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT