UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 1:04-cr-00004-01-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| ROBERT LEE MOORE, | |
| Defendant. | |

After due consideration of the defendant's Motion for Appointment of Counsel (Filed on Shortened Time), the motion is GRANTED.

IT IS HEREBY ORDERED that Robert M. Leen, Esq., is authorized to represent ROBERT LEE MOORE (D-1) in connection with his request for a sentence reduction under § 3582(c)(2).

DATED this _____ day of _____ 2008, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE