Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT LEE MOORE,<br><br>　　　　Defendant. | NO. 1:04-cr-00004-01-JWS<br><br>**AFFIDAVIT OF RICH CURTNER** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Rich Curtner, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the Federal Defender for the District of Alaska.

　　　　2.　　Robert M. Leen, Esq., of Seattle, Washington, contacted our office and requested that he be appointed to represent Robert L. Moore in his request for a sentence reduction under § 3582(c)(2).

　　　　3.　　Mr. Leen stated that he represented Mr. Moore in his original Case No. 1:04-cr-00004-JWS for a charge of drug conspiracy.

4. Mr. Moore has now asked Robert Leen for assistance with his sentence reduction based on the retroactive application of amendments to the United States Sentencing Guidelines.

5. Mr. Leen is not authorized to expend funds on behalf of Mr. Moore without an order appointing counsel.

6. Section 1.03(c) of the Plan for Implementing the Criminal Justice Act of 1964, as amended September 2003, authorizes appointment of counsel for financially eligible matters appropriate to proceedings under subsection (c) of the act [18 U.S.C. § 3006A(c)].

7. Mr. Moore is asking that the court appoint Mr. Leen as his counsel. His financial affidavit is attached to the motion being filed concurrently.

8. For all these reasons, I am asking the court to authorize Robert M. Leen, Esq. to represent Mr. Moore in connection with his case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  rich_curtner@fd.org

SUBSCRIBED AND SWORN to before me this 25th day of February 2008.



Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on February 25, 2008
a copy of the *Affidavit of Rich Curtner*
was served electronically on:

Frank V. Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Rich Curtner