UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT LEE MOORE,<br><br>　　　　Defendant. | NO. 1:04-cr-00004-01-JWS<br><br>**ORDER** |

　　　　After due consideration of the defendant's Motion for Appointment of Counsel (Filed on Shortened Time), the motion is GRANTED.

　　　　**IT IS HEREBY ORDERED** that Robert M. Leen, Esq., is authorized to represent ROBERT LEE MOORE (D-1) in connection with his request for a sentence reduction under § 3582(c)(2).

　　　　DATED this 28th day of February 2008.


　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE