IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT LEE MOORE,<br><br>　　　　Defendant. | Case No. 1:04-cr-00004-JWS<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On February 28, 2008, Robert Lee Moore's motion for appointment of counsel was granted, and on March 4, 2008, Robert M. Leen was appointed counsel for the purposes of filing a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme

---

[1] *See* Docket Nos. 195-199.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

Court noted, at the time, that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of docket numbers 195-199, as well as this Order.

2. Counsel for Mr. Moore is requested to file a motion for re-sentencing within thirty days of the date of this Order.

3. The Government is permitted to file a response thirty days from the date the motion for re-sentence is filed.

4. Counsel for Mr. Moore may file a reply within thirty days of the filing of the response.

5. A date for imposition of re-sentencing is set for 8:30 a.m. on June 11, 2008 in Anchorage, Alaska.

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

DATED this 6th day of March, 2008,  at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge
