CHIEF JUDGE JOHN W. SEDWICK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. J04-0004 CR (JWS) |
| Plaintiff, | |
| v. | MOTION FOR RESENTENCING AND STATUS REPORT |
| ROBERT L. MOORE, | |
| Defendant. | |

DEFENDANT ROBERT L. MOORE is eligible for resentencing under 28 USC § 3582(c) and the government and he have reached an agreement regarding a disposition to Mr. Moore's case.

The parties intend to submit a stipulation permitting a 28 USC § 3582(c) sentence modification reducing Mr. Moore's sentence from 84 months to 67.5 months. Under the proposed stipulation the defendant would not be required to be moved from his present place of confinement which is FCI Cumberland Satellite Camp, Cumberland, MD 21501.

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

The stipulation is expected to be signed and filed before June 11, 2008.

Respectfully submitted,

*/s/ Robert Leen*

Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I served via ~~U.S. Mail~~ ECF and/or facsimile this document to the United States Attorney's Office and any counsel of record in this case this 11 day of April 11, 2008.

*/s/ Robert Leen*

Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821