NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-00004-01-JWS |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **MODIFICATION OF** |
| vs. | ) | **SENTENCE** |
| | ) | |
| ROBERT MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ). | |

### STIPULATION REGARDING MODIFICATION OF SENTENCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties

acting through their respective counsel, that:

1. Defendant has requested a modification of sentence pursuant to

18 U.S.C. § 3582(c)(2).

2.  Defendant was sentenced on July 25, 2005, to 84 months' imprisonment.

3. Defendant is eligible for a modification of sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendments 706 and 711 of the United States Sentencing Commission Guidelines Manual.

4.  Based upon the foregoing, the parties hereby stipulate that a sentence of 67 months is appropriate in this matter.

5.  The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.  The original term of supervised release and the conditions imposed shall remain unchanged and will remain in effect.

6.  Defendant has agreed to waive and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2);  *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).  The defendant waives any right to be present in the District if the Court accepts this stipulation and enters an amended judgment pursuant to the terms of this stipulation.

7. As consideration for the government's agreements contained in this stipulation, the defendant has waived any right to challenge the modified sentence through appeal or collateral attack.

//

//

//

2

8. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation.

Respectfully submitted,

_____
Defendant

_____
Date   4/22/08

_____
Counsel for Defendant

_____
Date   4/18/08

_____
Assistant U.S. Attorney

_____
Date   4/18/08

3