IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT MOORE,<br><br>　　　　Defendant. | Case No. 1:04-cr-00004-JWS-1<br><br>ORDER REGARDING<br>MODIFICATION OF SENTENCE |

On April 11, 2008, Robert Moore, through counsel, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1] The United States has agreed that Mr. Moore is eligible

---

[1] *See* Docket No. 214; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

for re-sentencing, and on April 29, 2008, the parties filed a stipulation regarding the modification of Mr. Moore's sentence.[2]

The Court has reviewed and evaluated the provisions for retroactive re-consideration of sentences, and approves the stipulation at docket number 216. Mr. Moore has waived any right to a hearing or to be present in this District for re-sentencing.

**IT IS HEREBY ORDERED** that:

1. Mr. Moore's sentence is reduced from 84 months to 67 months.

2. The remainder of Mr. Moore's sentence remains unchanged. The original term of supervised release, as well as the conditions, remain in effect.

3. Under the stipulation between the United States and Mr. Moore, Mr. Moore may not challenge the modified sentence through appeal or collateral attack.

4. The re-hearing date, previously set for June 11, 2008, is vacated.

5. The Clerk of Court is directed to prepare AO Form 247 in accordance with this Order.

DATED this 7th day of April, 2008, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge

---

[2] *See* Docket No. 216.