AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of __Alaska__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:04-cr-00004-01-JWS |
| ROBERT MOORE ) | USM No: 15023-006 |
| Date of Previous Judgment: 7/27/05 ) | Robert Leen |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __67 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __7/25/05__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: May 7, 2008                      /s/ JOHN W. SEDWICK
                                              Judge's signature

Effective Date: May 19, 2008                 JOHN W. SEDWICK, U.S. District Judge
   (if different from order date)            Printed name and title